IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA HAUGHT,** | ) | **CASE NO. 4:06CV3225** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time to file his brief. Having reviewed the motion,

IT IS ORDERED:

1. The Defendant's Motion for an Extension of Time to Respond to the Plaintiff's Brief (Filing No. 14) is granted; and

2. The Defendant shall file his brief on or before March 26, 2007.

DATED this 5th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge