IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA HAUGHT, | ) | CASE NO. 4:06CV3225 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL ASTRUE, Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff Brenda Haught is permitted to proceed on appeal in forma pauperis.

DATED this 1st day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge